| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Global Premier Regency Palms Colton, LP

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
47-3490260

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Main Street Suite 315**<br>**Irvine, CA 92614** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | **839 Fairway Drive Colton, CA 92632-4000** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
■ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Global Premier Regency Palms Colton, LP**          Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Global Premier Regency Palms Colton, LP**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**      Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Global Premier Regency Palms Colton, LP**                                    Case number (*if known*)
    Name

☐ $50,001 - $100,000   ■ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor **Global Premier Regency Palms Colton, LP**     Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 22, 2023**
                    MM / DD / YYYY

**X /s/ Christine Hanna**                 **Christine Hanna**
Signature of authorized representative of debtor     Printed name

Title   **Managing Member of the General Partner**

**18. Signature of attorney**

**X /s/ Garrick A. Hollander**            Date **June 22, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Garrick A. Hollander**
Printed name

**Winthrop Golubow Hollander, LLP**
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **949-720-4100**      Email address   **ghollander@wghlawyers.com**

**166316 CA**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

Debtor  **Global Premier Regency Palms Colton, LP**   Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Global Premier Regency Palms Oxnard, LP** | | Relationship to you | | **Affiliate** |
| District | **Central District, Northern Division - Santa Babara** | When **8/16/22** | Case number, if known | | **9:22-bk-10626-RC** |
| Debtor | **Global Premier Regency Palms Palmdale, LP** | | Relationship to you | | **Affiliate** |
| District | **Central District, Northern Division - Santa Barbara** | When **6/02/23** | Case number, if known | | **9:23-bk-10454-RC** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Global Premier Regency Palms Colton, LP** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **iBorrow Reit** **Brett Kinigstein** **12100 Wilshire Blvd, Suite 510** **Los Angeles, CA 90025** | | **Mechanics Lien** | | $13,175,000.00 | $0.00 | $13,175,000.00 |
| **RCB Equities #7, LLC** **Brian Dror** **5862 W. 3rd Street** **Los Angeles, CA 90036** | | **Loan** | | $2,866,237.00 | $0.00 | $2,866,237.00 |
| **Urban Community Builders, LLC** **Maher Nawar** **1900 Main Street, Suite 315** **Irvine, CA 92614** | | | | | | $867,606.73 |
| **Warner Design** **1510 Fashion Island Blvd Suite 2400** **San Mateo, CA 94404** | | | | | | $247,708.75 |
| **Christianbelle Electric Inc.** **David Placencia** **11580 I Avenue** **Hesperia, CA 92345** | | | | $189,889.10 | $0.00 | $189,889.10 |
| **Huntington Hardware Co Inc.- Alta Finish** **Diana Lam** **340 W. Holt Avenue** **Pomona, CA 91768** | | | | $165,661.75 | $0.00 | $165,661.75 |

| Debtor | **Global Premier Regency Palms Colton, LP** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alta Finish & Stair Inc.**<br>**Victor Martinez**<br>**12625 Frederick Street #15290**<br>**Moreno Valley, CA 92553** | | | | $160,172.51 | $0.00 | $160,172.51 |
| **TriMark Orange County**<br>**Nikki Shishido**<br>**210 Commerce**<br>**Irvine, CA 92602** | | | | $119,100.51 | $0.00 | $119,100.51 |
| **Apple Valley Insulation, A BDI Company,**<br>**Israel Martinez**<br>**17525 Catalpa Street, Suite 109**<br>**Hesperia, CA 92345** | | | | $96,000.00 | $0.00 | $96,000.00 |
| **Bacco Mechanical**<br>**Jeff McGowan**<br>**42913 Capital Drive, Suite 109**<br>**Lancaster, CA 93535** | | | | $89,052.35 | $0.00 | $89,052.35 |
| **Red Pen Procurement**<br>**400 Glover Street SE**<br>**Marietta, GA 30060** | | | | | | $52,711.92 |
| **SC Design, Inc/ Pacific Western Millwork**<br>**Ryan Johnson**<br>**42332 1/2 10th Street West**<br>**Lancaster, CA 93534** | | | | $38,000.00 | $0.00 | $38,000.00 |
| **San Bernardino Tax Collector**<br>**268 West Hospitality Lane**<br>**San Bernardino, CA 92408** | | | | | | $36,710.89 |
| **Fiber Care Baths, Inc**<br>**Galina Ponte**<br>**9832 Yucca Road**<br>**Adelanto, CA 92301** | | | | $17,064.00 | $0.00 | $17,064.00 |
| **Global Plumbing and Fire Supply- Radix F**<br>**Elizabeth Sarkisyan**<br>**723 Sonora Avenue**<br>**Glendale, CA 91201** | | | | $10,210.18 | $0.00 | $10,210.18 |

Debtor **Global Premier Regency Palms Colton, LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Lacko Family Survivors Trust**<br>629 Camino de Los Mares, Suite 206<br>San Clemente, CA 92673 | | | | | | $8,882.00 |
| **Walker Windows**<br>Tina Occhipinti<br>1210 N. Kraemer Blvd<br>Anaheim, CA 92806 | | | | $8,579.04 | $0.00 | $8,579.04 |
| **JTC USA Holdings, Inc.**<br>99 Almadean<br>San Jose, CA 95113 | | | | | | $8,125.50 |
| **Smart Accounting and Tax**<br>38930 Blacow Road Suite C<br>Fremont, CA 94536 | | | | | | $800.00 |
| **Rapid Duct Testing**<br>401 N. Verdugo Rd<br>Glendale, CA 91206 | | | | | | $700.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316 CA**<br>**ghollander@wghlawyers.com** | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Global Premier Regency Palms Colton, LP**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 22, 2023**    **/s/ Christine Hanna**
    Signature of Debtor 1

Date:    
    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 22, 2023**    **/s/ Garrick A. Hollander**
    Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

.

Global Premier Regency Palms Colton, LP
1900 Main Street Suite 315
Irvine, CA 92614


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Alta Finish & Stair Inc.
Victor Martinez
12625 Frederick Street #15290
Moreno Valley, CA 92553


Apple Valley Insulation, A BDI Company,
Israel Martinez
17525 Catalpa Street, Suite 109
Hesperia, CA 92345


Bacco Mechanical
Jeff McGowan
42913 Capital Drive, Suite 109
Lancaster, CA 93535


Christianbelle Electric Inc.
David Placencia
11580 I Avenue
Hesperia, CA 92345


Fiber Care Baths, Inc
Galina Ponte
9832 Yucca Road
Adelanto, CA 92301


Global Plumbing and Fire Supply- Radix F
Elizabeth Sarkisyan
723 Sonora Avenue
Glendale, CA 91201

```
Huntington Hardware Co Inc.- Alta Finish
Diana Lam
340 W. Holt Avenue
Pomona, CA 91768


iBorrow Reit
Brett Kinigstein
12100 Wilshire Blvd, Suite 510
Los Angeles, CA 90025


JTC USA Holdings, Inc.
99 Almadean
San Jose, CA 95113


Lacko Family Survivors Trust
629 Camino de Los Mares, Suite 206
San Clemente, CA 92673


LOS ANGELES COUNTY TAX COLLECTOR
PO Box 54018, Los Angeles, CA 90054
Los Angeles, CA 90054-0018


NESF Fund Services Corp.
c/o NES Financial Corp.
Attn: Kelly E. Alton
50 W. San Fernando St Suite 300
San Jose, CA 95113


Rapid Duct Testing
401 N. Verdugo Rd
Glendale, CA 91206


RCB Equities #7, LLC
Brian Dror
5862 W. 3rd Street
Los Angeles, CA 90036
```

```
Red Pen Procurement
400 Glover Street SE
Marietta, GA 30060


San Bernardino Tax Collector
268 West Hospitality Lane
San Bernardino, CA 92408


SC Design, Inc/ Pacific Western Millwork
Ryan Johnson
42332 1/2 10th Street West
Lancaster, CA 93534


Smart Accounting and Tax
38930 Blacow Road Suite C
Fremont, CA 94536


TriMark Orange County
Nikki Shishido
210 Commerce
Irvine, CA 92602


Urban Community Builders, LLC
Maher Nawar
1900 Main Street, Suite 315
Irvine, CA 92614


Walker Windows
Tina Occhipinti
1210 N. Kraemer Blvd
Anaheim, CA 92806


Warner Design
1510 Fashion Island Blvd Suite 2400
San Mateo, CA 94404
```